Civil Action No.    **1:23-CV-03731-GHW**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Classical Insights, LLC**
was recieved by me on  **5/18/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **JOHN PARKER**, who is designated by law to accept service of process on behalf of **Classical Insights, LLC** at **5407 N Haverhill Road Unit 336, West Palm Beach, FL 33407** on **05/19/2023 at 11:24 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  05/19/2023

*Server's signature*

**Matthew Pryor**
*Printed name and title*

**4001 Spruce Avenue
West Palm Beach, FL 33407**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to JOHN PARKER who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 6'0"-6'2" tall and weighing 200-240 lbs.  JOHN PARKER BROTHER OF RA BRYON PARKER/PERSON IN CHARGE AT TIME OF SERVICE**



Tracking #: **0106890540**

