

# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

## MEMORANDUM ENDORSED

**VIA ECF**
Honorable Greogry H. Woods
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 21, 2023

August 17, 2023

Re:  *Case 1:23-cv-03731-GHW Toro v. Classical Insights, LLC*
     <u>Adjournment Request</u>

Dear Judge Woods:

    Plaintiff submits this letter-motion respectfully to seek an adjournment of the initial pretrial conference currently scheduled for August 24, 2023. Counsel will be traveling that week and will be unable to attend the conference. Further, the Parties are in active communication towards a possible early resolution of the matter. Both Parties consent to this first-time request. The Parties request an adjournment until September 19, 2023, or a date thereafter more convenient to the Court.

    We thank Your Honor for Your attention and consideration herein.

Respectfully submitted,

*Mars Khaimov, Esq.*
Attorney for Plaintiff

Cc: Ian Smith, Esq.

---

Plaintiff's August 17, 2023 request to adjourn the initial pretrial conference, Dkt. No. 11, is granted.  The initial pretrial conference scheduled for August 24, 2023, is adjourned to October 20, 2023, at 3:00 p.m.  The joint status letter and proposed case management plan described in the Court's May 4, 2023 order are due no later than October 13, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.
Dated:  August 21, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge